413 A.2d 1135

Pirollo, Appellant, v. Kelly, O'Neill and City of Philadelphia.

Argued March 22, 1979. Joseph D. Montgomery, III, for appellant; Barry J. Grossman, for appellees O'Neill and City of Philadelphia; Stanley Bashman, did not file a brief on behalf of appellee Kelly.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment affirmed.

413 A.2d 1135

Taylor, Appellant, v. Pirillo.

Submitted September 15, 1978. Fred Lowenschuss, for appellant; Alfonso Tumini, for appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed.